UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:16-cv-131-GNS
*ELECTRONICALLY FILED*

JEFFREY QUEEN                                                                    PLAINTIFF


VS.                                    **NOTICE OF REMOVAL**


CITY OF BOWLING GREEN, ET AL.                                        DEFENDANTS

\* \* \* \* \* \* \* \*

Come now the Defendants, City of Bowling Green and Dustin Rockrohr, by counsel, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446(b)(c), and for their Notice of Removal, state herein as follows:

1.     On August 10, 2016, Plaintiff, Jeffrey Queen, filed this action in the Warren Circuit Court, Division I, Civil Action No. 16-CI-00837, against the Defendants, City of Bowling Green and Dustin Rockrohr.

2.     In his Complaint, Plaintiff alleges violations of federal statutes and law, stating as follows:

36.     Queen properly applied for and was granted a leave pursuant to the Family and Medical Leave Act. (FMLA).

37.     While on leave, Queen was subjected to multiple requests for information regarding his medical condition by members of Fire Department management.   Such requests for information are impermissible under the FMLA and were improper

…

      4.      The Fire Department violated the FMLA when its managers sought information regarding Queen's medical condition from him after his leave was approved in violation of 29 U.S.C. 2615.

Plaintiff's Complaint, pp. 9-10.  Plaintiff Complaint raises a "federal question" since it makes claims under and alleges violations of the FMLA, 29 U.S.C. § 2615.  Accordingly, the Defendants are entitled to remove this action pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

3.      In the alternative, the Defendants are further entitled to remove this action based upon diversity of citizenship, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b)(2), since the Plaintiff is a resident of Tennessee, the Defendant City of Bowling Green is a Kentucky corporation, the Defendant Dustin Rockrohr is a citizen and resident of Kentucky, and the amount in controversy in this action exceeds $75,000.00, exclusive of costs.  None of the Defendants have been served with process at the time of filing of this notice of removal.

4.      The United States District Court for the Western District of Kentucky has original jurisdiction to adjudicate this dispute.  Also, this court has supplemental jurisdiction over Plaintiff's alleged state law claims for hostile work environment, constructive discharge, and retaliation.  28 U.S.C. § 1367.

5.      Venue is proper and lies in the Western District of Kentucky, Bowling Green Division, because the underlying action was filed in the Warren Circuit Court, Division I.

6.      This Notice of Removal is being timely filed, as the Defendants, by rule, have thirty (30) days from receipt of the Plaintiff's Complaint to file pleadings to remove this action, and the Defendants have not yet been served with process.  28 U.S.C. §1446(b).

7.      Notice has been provided to the Warren Circuit Court, Division I, of the filing of this Notice of Removal.  The Defendants request that all actions pending in the Warren Circuit Court, Division I, be stayed and held in abeyance pending removal.

8.     Copies of all pleadings and documents filed, to date, in the Warren Circuit Court, Division I, are attached hereto collectively as Exhibit #1 pursuant to 28 U.S.C. §1446(a).

**WHEREFORE**, the Defendants, City of Bowling Green and Dustin Rockrohr, by counsel, respectfully request that removal be granted, that the action now pending in the Warren Circuit Court, Division I, be removed to the Western District of Kentucky at Bowling Green, and that all proceedings in the state court action be stayed and held in abeyance.

This the 11th day of August, 2016.

BELL, HESS & & VAN ZANT, P.L.C.
P.O. Box 844
2819 Ring Road, Suite 101
Elizabethtown, Kentucky  42702-0844
(270) 765-4196
(270) 737-4790 – FAX
jbell@bhvzlaw.com


BY:   _/s/ Jason Bell_____
     Jason Bell
     *Counsel for Defendants*
     *City of Bowling Green and Dustin Rockrohr*


## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system and served on the following via U.S. Mail:

| | |
|---|---|
| Michele Henry | Gene Harmon |
| Aaron Bentley | City Attorney |
| Craig Henry PLC | City of Bowling Green |
| 1400 Kentucky Home Life Building | P.O. Box 430 |
| 239 South Fifth Street | Bowling Green, KY 42102-0430 |
| Louisville, KY 40202 | *Co-Counsel for Defendants* |
| *Counsel for Plaintiff* | |


_/s/ Jason Bell_____
*Attorney for Defendants*