# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 14, 2020

Ms. Vanessa L. Armstrong
Western District of Kentucky at Bowling Green
241 E. Main Street
Suite 120 Federal Building
Bowling Green, KY 42101-0000

        Re:  Case No. 18-5840, *Jeffrey Queen v. City of Bowling Green, et al*
             Originating Case No. : 1:16-cv-00131

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                                   Sincerely yours,

                                                   s/Maddison R Edelbrock
                                                   For Cheryl Borkowski

cc:  Mr. Jason B. Bell
      Mr. Aaron Bentley
      Mr. H. Eugene Harmon
      Ms. Michele D. Henry

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 18-5840

_____

Filed: May 14, 2020

JEFFREY QUEEN

     Plaintiff - Appellee

v.

CITY OF BOWLING GREEN, KY; DUSTIN ROCKROHR

     Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 04/22/2020 the mandate for this case hereby issues today.

COSTS:  None